### OFFICE OF DISCIPLINARY COUNSEL, Petitioner

v.

### Joseph R. D'ANDREA, Respondent.

### No. 863 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Nov. 29, 2005.

### *O R D E R*

PER CURIAM:

AND NOW, this 29th day of November, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board and Dissenting Opinion dated September 30, 2005, it is hereby

ORDERED that Joseph R. D'Andrea be and he is suspended from the Bar of this Commonwealth for a period of one year, retroactive to November 24, 2003.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

### OFFICE OF DISCIPLINARY COUNSEL, Petitioner

v.

### Joan Gaughan ATLAS, Respondent.

### No. 919 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Nov. 29, 2005.

### *O R D E R*

PER CURIAM:

AND NOW, this 29th day of November, 2005, there having been filed with this Court by Joan Gaughan Atlas her verified Statement of Resignation dated October 12, 2005, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Joan Gaughan Atlas be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.